# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Nicole Uhlig and Michelle Stoldt, as Trustees, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-0887-DMS-MSB |
| Fairn & Swanson Holdings, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants FAIRN & SWANSON HOLDINGS, INC., LEON FALIC, SIMON FALIC, and JEROME FALIC .

Date: 07/27/2020

/s/ Jordan Grotzinger
*Attorney's signature*

Jordan Grotzinger (SBN 190166)
*Printed name and bar number*

Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
*Address*

grotzingerj@gtlaw.com
*E-mail address*

(310) 586-7700
*Telephone number*

(310) 586-7800
*FAX number*