UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE UHLIG and MICHELLE STOLDT, as Trustees of (1) the Survivor's Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998; (2) the Marital GST Non-Exempt Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended; (3) the Marital GST Exempt Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended; and (4) the Bypass Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended,<br><br>                          Plaintiffs,<br><br>v.<br><br>FAIRN & SWANSON HOLDINGS, INC., et al.,<br><br>                          Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: 20cv887-DMS (MSB)<br><br>**ORDER DENYING STIPULATION AND JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF NO. 37]** |

Pending before the Court is the parties' "Joint Stipulation Continuing Early Neutral Evaluation Conference [("ENE")]," filed February 18, 2020. (ECF No. 37.) The Court construes this as the parties' joint motion to continue the ENE. See CivLR 7.2 (stipulations must only be recognized as binding when approved by the judge, and "[a]ny stipulation for which court approval is sought must first be filed as a 'joint motion'"). In their joint motion, the parties therein ask the Court to approve their agreement to continue the ENE from the currently set date of February 24, 2021 to May 10, 2021. (Id.) They believe such a continuance will lead to a more productive ENE because it will allow the parties to receive responses to pending written discovery and conduct some depositions. (Id. at 2.)

In this district, the Court is to hold an ENE within 45 days of an answer being filed, and a CMC within 30 days of the ENE. See CivLR 16.1.c-d. Defendant Fairn & Swanson Holdings, Inc. filed its Answer to the Amended Complaint and Counterclaim on December 7, 2020. (ECF No. 29.) On December 8, 2020, due to conflicts on the Court's calendar, the Court set an ENE and Case Management Conference ("CMC") in this case for January 29, 2021. (ECF No. 30.) Based on the parties' joint request and their representation that one of the attorneys was ill with COVID-19, the Court found good cause and continued the ENE to February 16, 2021, and then February 24, 2021. (See ECF No. 33, 35.)

The Court does not find good cause for the request to further continue the ENE to May 10, 2021. Such a continuance would put the ENE roughly five months after an answer was filed in this case. While the Court understands that discovery sometimes leads to a more productive settlement conference, the intent of an ENE is to attempt to resolve a case before resources are spent through the discovery process. Furthermore, because the ENE is scheduled via Zoom and the Court will move forward with the CMC as currently scheduled and to issue a scheduling order in this case, even if the parties are unable to resolve their case at this time, the burden of the scheduled ENE is minimal.

The Court therefore **DENIES** the parties' request to continue the ENE. The February 24, 2021 Zoom ENE and CMC remain as previously set.

**IT IS SO ORDERED**.

Dated:  February 19, 2021

Honorable Michael S. Berg
United States Magistrate Judge