UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE UHLIG, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FAIRN & SWANSON HOLDINGS, INC., a Delaware corporation; DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-cv-00887-DMS-MSB<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

　　　　Pending before the Court is Plaintiffs' motion for leave to file a Second Amended Complaint.  (ECF No. 36.)  Defendant Fairn & Swanson Holdings filed a notice of non-opposition on March 2, 2021.  (ECF No. 41.)

　　　　Good cause appearing, the Court GRANTS Plaintiffs' motion.  Plaintiffs shall file their Second Amended Complaint on or before **March 10, 2021.**

　　　　**IT IS SO ORDERED**.

Dated:  March 4, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court