UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE UHLIG and MICHELLE STOLDT, as Trustees of (1) the Survivor's Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998; (2) the Marital GST Non-Exempt Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended; (3) the Marital GST Exempt Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended; and (4) the Bypass Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended,<br><br>                      Plaintiffs,<br><br>v.<br><br>FAIRN & SWANSON HOLDINGS, INC., et al.,<br><br>                      Defendants. | Case No.:  20cv887-DMS(MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER [ECF NO. 47]** |

On March 26, 2021, the parties filed a joint motion asking the Court to enter their Protective Order.  (ECF No. 47.)  The Court has considered the Stipulated Protective

Order and, for good cause shown, **GRANTS** the joint motion and enters the Stipulated Protective Order attached as Exhibit A to the parties' motion [ECF No. 47-1 at 1-15].

**IT IS SO ORDERED**.

Dated:  March 26, 2021

Honorable Michael S. Berg
United States Magistrate Judge