1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| NICOLE UHLIG, et al., | Case No.: 20-cv-887-DMS-MSB |
|---|---|
| Plaintiffs, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| FAIRN & SWANSON HOLDINGS, INC., a Delaware corporation; DOES 1 through 20, inclusive; | |
| Defendants. | |

    Defendant Fairn & Swanson Holdings, Inc.'s motion to dismiss Plaintiffs' Second Amended Complaint is currently scheduled for hearing on April 30, 2021. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the April 30, 2021 hearing is vacated.

    **IT IS SO ORDERED**.

Dated:  April 23, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court