UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE UHLIG and MICHELLE STOLDT, as Trustees of (1) the Survivor's Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998; (2) the Marital GST Non-Exempt Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended; (3) the Marital GST Exempt Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended; and (4) the Bypass Trust Established Under the Wolfgang and Elke Uhlig Revocable Living Trust U/A/D April 16, 1998, as Amended,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>FAIRN & SWANSON HOLDINGS, INC., et al.,<br>　　　　　　　　　　　　Defendants. | Case No.:  20cv887-LL(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE [ECF NO. 79]** |

On March 1, 2022, the parties filed a "Joint Motion to Postpone Settlement Conference Date." (ECF No. 79.) They ask the Court to continue the Mandatory

Settlement Conference ("MSC") currently scheduled for March 10, 2022, "to a date on or after April 4, 2022." (Id. at 3.)  In support, the parties state that the requested extension is warranted to give them time to complete and review the deposition testimony of Defendants and Counterclaimants Jerome Falic and Simon Falic, which "will provide the Parties additional information relevant to potential settlement of this matter." (Id. at 4.)

      Having considered the parties' joint motion, as well as supporting declaration from Plaintiffs' counsel, and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court **CONTINUES** the MSC currently scheduled for March 10, 2022, at 9:30 a.m. until **April 14, 2022**, at **1:30 p.m.**  The parties shall submit their confidential settlement statements directly to Magistrate Judge Berg's chambers (via hand delivery or by e-mail to the Court at efile_berg@casd.uscourts.gov) by **April 7, 2022**.

      **All other guidelines and requirements pertaining to the MSC remain in effect.** (See ECF No. 40 at 4–6.)

      **IT IS SO ORDERED**.

Dated:  March 2, 2022

Honorable Michael S. Berg
United States Magistrate Judge